IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Sam Alfred Bersane,

    Petitioner,

vs.

Charles L. Ryan, et al.,

    Respondents.

No. CV-07-8085-PCT-PGR (HCE)

ORDER

No party having filed any objections to Magistrate Judge Estrada's Report and Recommendation and the time for doing so having expired,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #17) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody is denied and that this action is dismissed. The Clerk of the Court shall enter judgment accordingly.

DATED this 22nd day of March, 2010.

Paul G. Rosenblatt
United States District Judge